■ In the Matter of JOHN MITCHELL, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [1 NYS3d 873]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

McCarthy, J.P., Garry, Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of RASHID LALIVERES, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [999 NYS2d 767]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating a prison disciplinary rule.

Petitioner, a prison inmate, commenced this CPLR article 78 proceeding challenging a disciplinary determination finding him guilty of drug use. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto expunged from petitioner's institutional record and the mandatory $5 surcharge refunded to his inmate account. We note that, although not referenced in the letter from the Attorney General, "any loss of good time incurred by petitioner as a result of the determination should be restored" (*Matter of Benitez v Fischer*, 118 AD3d 1237, 1238 [2014] [internal quotation marks and citations omitted]). Otherwise, petitioner has received all the relief to which he is entitled and this proceeding is dismissed as moot (*see Matter of Canales-Sanchez v Schneiderman*, 107 AD3d 1258, 1259 [2013]).

Peters, P.J., McCarthy, Lynch and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.